UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                        :

ELVA CONSTANCE CUNNINGHAM, et al.,    :

                                                        :     **ORDER**

                                        Plaintiffs,    :

           v.                                                  :     19 Civ. 8240 (AKH)

                                                                 :

GENERAL MOTORS, LLC, et al.,              :

                                      Defendants.   :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On November 15, 2019, I held an initial pretrial conference and this case was dismissed. Accordingly, the Clerk shall mark the case closed.

       SO ORDERED.

Dated:    August 30, 2022                              /s/ Alvin K. Hellerstein
             New York, New York                  ALVIN K. HELLERSTEIN
                                                                      United States District Judge